IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) CIV v. ) ) LONE STAR STEAKHOUSE ) **COMPLAINT** & SALOON, INC.    , and ) ) LONE STAR STEAKHOUSE ) & SALOON OF NEW MEXICO, INC. ) ) Defendants, ) ) | |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 ("Title VII), Title I of the Civil Rights Act of 1991, and the Age Discrimination in Employment Act (ADEA), to correct unlawful employment practices, and to provide appropriate relief to Joan Turner who was adversely affected by such practices. The Commission alleges that Ms. Turner, a former employee of Lone Star Steakhouse & Saloon, in Albuquerque, New Mexico, was discriminated against in the terms, conditions and privileges of her employment and denied promotion to management positions because of her sex, female, and/or her age, over 40 years old. The Commission further alleges that Ms. Turner was constructively discharged from her employment with Lone Star Steakhouse and Saloon because she had been repeatedly denied promotional opportunities in violation of Title VII and/or the ADEA.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.§ 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 19991, 42 U.S.C § 1981a. This action also is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"), which incorporates by reference Sections 16 (c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of New Mexico.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and the ADEA and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3) and by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4. At all relevant times, Defendant Lone Star Steakhouse & Saloon Inc., a Kansas corporation, has continuously been and is doing business in the State of New Mexico and the City of Albuquerque, and has continuously had at least 20 employees.

5. At all relevant times, Defendant Lone Star Steakhouse & Saloon of New Mexico, Inc., a New Mexico corporation, has continuously been and is doing business in the State of New Mexico and the City of Albuquerque, and has continuously had at least 20 employees.

6. At all relevant times, Defendants have continuously been employers engaged in an industry affecting commerce within the meaning of Sections 701(b), (g), and (h) of Title VII, 42 U.S.C. §§ 2000e (b), (g) and (h), and within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

## CONCILIATION

7. Prior to institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with Title VII and the ADEA through informal methods of conciliation, conference and persuasion within the meaning of Section 706(b) of Title VII, 42 U.S.C. § 2000e-5(b) and Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## STATEMENT OF CLAIMS

8. More than thirty days prior to the institution of this lawsuit, Joan Turner filed a charge with the Commission alleging violations of Title VII and the ADEA by Defendants. All conditions precedent to the institution of this lawsuit have been fulfilled.

9. Ms. Turner's sex is female and she was born on August 6, 1945.

10. Since at least March, 2004, the Defendants have engaged in unlawful employment practices at the Lone Star Steakhouse & Saloon located in Albuquerque, New Mexico, in violation of Title VII and the ADEA. These alleged unlawful employment practices include but are not limited to the following:

      a) discriminating against Ms. Turner in the terms conditions and privileges of her employment by denying her promotional opportunities and consideration, including denying her training that would assist her in achieving a promotion to management level positions;

      b) denying Ms. Turner promotion to available management level positions; and

      c) forcing Ms. Turner to resign her employment because of repeated discriminatory denials of promotional opportunities.

11. The effect of the practices complained of in paragraph 10 above has been to deprive Ms. Turner of equal employment opportunities and otherwise adversely affect her status as an employee because of her sex and/or age.

12. The unlawful employment practices complained of in paragraph 10 above were willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

13. The unlawful employment practices complained in paragraph 10 above were intentional.

14. The unlawful employment practices complained of in paragraph 10 above were done with malice or with reckless indifference to the federally protected rights of Joan Turner.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendants, their officers, successors, assigns and all persons in active concert or participation with it, from denying promotional opportunities, training and/or promotions to individuals on the basis of sex and/or age 40 years of age or older and any other employment practice which discriminates on the basis of sex and/or age 40 years of age or older.

  B. Order Defendants to institute and carry out policies, practices and programs which provide equal employment opportunities for women and individuals 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices.

  C. Order Defendants to make whole Joan Turner, by providing her appropriate back wages in an amount to be determined at trial, plus prejudgment interest, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

  D. Grant a judgment requiring Defendants to pay a sum equal to the back pay sum as liquidated damages to Joan Turner

  E. Order Defendants to make whole all individuals adversely affected by the unlawful practices described above, by providing the affirmative relief necessary to eradicate the effects of its unlawful practices including, but not limited to, the reinstatement of Ms. Turner with rightful place promotion and/or front pay in lieu of reinstatement.

  F. Order Defendants to make whole Joan Turner by providing compensation for past and future nonpecuniary losses resulting from the unlawful employment practices complained of in paragraph 10 above, including emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of live, humiliation, and other nonpecuniary losses, in amounts to be determined at trial.

  G. Order Defendants to pay Joan Turner punitive damages for its malicious and reckless conduct described in paragraph 10 above, in amounts to be determined at trial.

  H. Grant such further relief as the Court deems necessary and proper in the public interest.

  I. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

DATED this 6th day of September 2007.

        Respectfully submitted,

        RONALD COOPER
        General Counsel

        JAMES L. LEE
        Deputy General Counsel

        GWENDOLYN YOUNG REAMS
        Associate General Counsel
        EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION
        1801 L Street, NW
        Washington, D.C.  20507


        /s/Medina for Mary Jo O'Neill
        MARY JO O'NEILL
        Regional Attorney

        /s/Medina for Sally C. Shanley
        SALLY C. SHANLEY
        Supervisory Trial Attorney

        EQUAL EMPLOYMENT OPPORTUNITY
          COMMISSION
        Phoenix District Office
        3300 North Central Avenue
        Suite 690
        Phoenix, Arizona 85012

        **Electronically Filed**

        /s/ LORETTA MEDINA
        Senior Trial Attorney

VERONICA A. MOLINA
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
Albuquerque Area Office
505 Marquette NW, Suite 900
Albuquerque, New Mexico 87102
(505) 248-5230

Attorneys for Plaintiff